IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WILLIE JANE PRICE,

    Plaintiff,

v.                                                                    No. 13-1020

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

On September 22, 2016, this Court entered an order reversing the decision of the Commissioner and remanding for reconsideration. (Docket Entry ("D.E.") 17.) On October 26, 2016, Plaintiff's attorney filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). (D.E. 19.) Defendant filed a response, requesting a reduction in the amount of fees for several clerical tasks that it asserted were not compensable under the EAJA. (D.E. 20.) In a report and recommendation entered on December 29, 2016, United States Magistrate Judge Charmiane G. Claxton recommended that 1.25 hours be deducted for clerical tasks, reducing the amount of hours worked to 13.30, for a total fee of $2,234.40. (D.E. 22.) The magistrate judge further found that Plaintiff had executed a valid waiver and assignment of EAJA fees and costs and recommended that the fee be made payable to Plaintiff's attorney. (*Id.*) No objections to the report and recommendation have been filed, and the deadline for doing so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon careful review of the report and recommendation, the Court finds the recommendation is correct in all respects. Accordingly, the report and recommendation is

ADOPTED as the order of the Court. The $2,234.40 fee shall be made payable to Plaintiff's attorney.

IT IS SO ORDERED this 25th day of January 2017.

s/ J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE
